RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 25 2026

DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 26-mj-00240 |
| VERSUS | |
| **CHRISTOPHER PECK** | MAGISTRATE JUDGE WHITEHURST |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jan-Paul Peña Ramirez, being duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2021. I am currently assigned to the New Orleans Field Office, Lafayette Resident Agency, where I am tasked with investigating criminal violations of federal law. Prior to being hired by the FBI, I was a Child Protective Investigator (CPI) with the Florida Department of Children and Families (DCF). I was hired by DCF in March 2018 and worked as a CPI until October 2020. I have investigated cases over a variety of criminal violations and have testified in local, state, and federal courts on multiple occasions. I have investigated dozens of child sexual abuse cases both as a CPI and as a Special Agent, and as part of my duties and responsibilities as an FBI Special Agent, I am authorized to investigate crimes involving the sexual exploitation of children pursuant to Title 18, United States Code, Sections 1512, 2251, 2252A, 2422, and 2423.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code.

3. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that sufficient probable cause exists for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth below, probable cause exists to believe that **CHRISTOPHER PECK** has violated Title 18, United States Code, Section 2251(a), which makes it a crime any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or

transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

5. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that sufficient probable cause exists for the requested warrant and does not set forth all of my knowledge about this matter.

**Statement of Probable Cause**

6. On September 24, 2026, the New Zealand Police - Online Child Exploitation Across New Zealand (OCEANZ) contacted the FBI about information it learned during an investigation of a New Zealand subject (hereinafter referred to as "NZ SUBJECT"). OCEANZ provided FBI materials recovered from an electronic device utilized by NZ SUBJECT. The materials included a Teleguard conversation[1] on Teleguard between NZ SUBJECT and someone utilizing username "cman". The conversation spanned between April 26, 2026 and June 27, 2026 and concerned the sexual exploitation of children.

7. In the Teleguard conversation, on or about April 27, 2026, cman told NZ SUBJECT that he was actively abusing a 10-year-old girl known to him[2] (hereinafter

[1] Teleguard is an encrypted messaging application.
[2] In the communications, Cman specifically described his relationship to MINOR VICTIM. To protect the identity of MINOR VICTIM, however, your affiant has not included that relationship in the affidavit.

referred to as "MINOR VICTIM"). Cman stated that he gave MINOR VICTIM a spiked drink to facilitate the abuse, and Cman sent a photo of a cup bearing the words "Best Western." Inside the cup was an orange liquid. Cman also sent a video of MINOR VICTIM drinking from that same cup.

8. As the conversation continued, cman and NZ SUBJECT discussed what type of sexual acts cman should perform (purportedly on MINOR VICTIM). Cman sent numerous photos and videos of MINOR VICTIM, including photos and videos that corresponded with some of the sexual acts discussed. Some of those photos and videos are as follows:

a. A photo of MINOR VICTIM where she appears to be unconscious and with her genital area exposed;

b. A video of cman placing his fingers on MINOR VICTIM's genital area; and

c. An image of MINOR VICTIM's hand around cman's penis.[3]

**<u>Identification of "cman"</u>**

9. In the communications with NZ SUBJECT, Cman referred to himself as "Chris." Cman indicated that he resides in the Central Time Zone, is married, and has a son. Cman provided MINOR VICTIM's true first name to NZ SUBJECT[4], and he sent an image of MINOR VICTIM in a school uniform.

---

[3] Cman also took a photo of MINOR VICTIM with what appears to be ejaculate on her face. Cman sent the image to NZ SUBJECT on or about May 13, 2026.

[4] Your affiant has not included the name to protect the identity of MINOR VICTIM.

10. Utilizing an open-source image repository, including images available on social media, as well as clues gleaned from the Teleguard communications between NZ SUBJECT and Cman, MINOR VICTIM was identified as a 10-year-old girl who resides in Louisiana. Cman was identified as **CHRISTOPHER PECK**. **PECK** lives in Kentucky, which is located in the Central Time Zone, is married, and has a son.

11. As indicated above, the videos and images that **PECK** sent to NZ SUBJECT appeared to have been taken inside a Best Western hotel. Visible items in the background, including a bathtub, bedding, and flooring, match publicly available images of those same features at the Best Western Forrest Inn, located at 1909 Main Street, Franklin, Louisiana.

12. On September 24, 2026, an administrative subpoena was served to Best Western Forest Inn, located at 1909 Main Street, Franklin, Louisiana. The results confirmed that **PECK** rented a hotel room from April 26, 2026 through April 28, 2026.

## Conclusion

13. Based upon the facts set forth above, your affiant believes that probable cause exists to show that **CHRISTOPHER PECK** has violated Title 18, United States Code, Section 2251(a). Due to these facts, it is requested that an arrest warrant be issued for **PECK**.

[Remainder of Page Intentionally Left Blank]

14. I declare that the information provided above is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Jan-Paul Peña Ramirez
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this 25 day of September 2026 in Lafayette, Louisiana.

CAROL B. WHITEHURST
United States Magistrate Judge